# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JESUS P. LOVATO,

    Plaintiff,

v.                                                                         No. 17-cv-0544 RB/SMV

SAN JUAN COUNTY ADULT DETENTION
CENTER, BOARD OF COUNTY COMMISSIONERS
FOR SAN JUAN COUNTY, and GINGER WHEILER,

    **Defendants.**[1]

## ORDER FOR PERSONAL SERVICE OF PROCESS

THIS MATTER is before the Court sua sponte pursuant to 28 U.S.C. § 1915(d) and Rule 4(c), (d) of the Federal Rules of Civil Procedure. On February 28, 2018, the Court directed the Clerk of Court to send notice and waiver of service forms, along with a copy of the Court's order, the amended complaint [Doc. 11], and the Court's January 17, 2018 Memorandum Opinion and Order [Doc. 13], to Defendant Wheiler at the San Juan Regional Medical Center, 801 Maple, Farmington, NM 87401. [Doc. 18]. Defendant Wheiler has not returned the waiver of service forms, filed a notice of appearance, or otherwise responded to the amended complaint. Because Defendant Wheiler has not waived service of process, personal service of the summons and amended complaint [Doc. 11] is required in this case. *See* Fed. R. Civ. P. 4(c)(3), (d)(2). Under Rule 4(d)(2), the Court must impose costs of service on a Defendant who, without good cause, does not comply with a request to waive service.

**IT IS THEREFORE ORDERED** that the Clerk issue summons for Defendant Wheiler

---

[1] Defendants San Juan County Adult Detention Center and Board of County Commissioners for San Juan County have been dismissed. [Doc. 13]. Defendant Wheiler is the sole remaining Defendant.

and the U.S. Marshal personally serve the summons on Defendant Wheiler, along with a copy of the amended complaint [Doc. 11], the Court's January 17, 2018 Memorandum Opinion and Order [Doc. 13], and this Order, as directed by the Clerk. The service of the summons and amended complaint shall be at no cost to Plaintiff.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**